UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMES HUFFNAGLE, et al.,       )
                               )
    Plaintiffs,                )
                               )
        v.                     )   NO. 3:11-1009
                               )   Judge Campbell/Bryant
ANTHONY LOIACONO, et al.,      )   Jury Demand
                               )
    Defendants.                )

**O R D E R**

The District Judge has granted plaintiff's motions to continue trial date and/or motion for relief from scheduling order (Docket Entry Nos. 41 and 42) and has rescheduled the trial in this case for January 14, 2014 (Docket Entry No. 43). The District Judge also has referred the case to the undersigned for the purpose to enter a revised scheduling order consistent with the new trial date.

Counsel for the parties shall confer and file on or before **December 10, 2012**, a proposed revised scheduling order containing appropriate deadlines consistent with the new trial date of January 14, 2014.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge