IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JAMES HUFFNAGLE, JAMES HEARN, ) <br> REINHOLD HOLTKAMP, ) <br> WILLIAM HEMRICK, MELVIN W. MARTIN, ) <br> HOWARD LUARTES, individually, ) <br>   ) <br> Plaintiffs/Counter-Defendants, ) <br>   ) <br> And HOWARD LUARTES, in his ) <br> Capacity as Member and Director, on behalf of ) <br> TEA PARTY HD, LLC, ) <br>   ) <br> Plaintiff, ) <br>   ) <br> v. ) <br>   ) <br>   ) <br> ANTHONY LOIACONO, individually, ) <br>   ) <br> Defendant/Counter-Plaintiff, ) <br>   ) <br> And HEADS & TAILS, INC., a suspended ) <br> California corporation, ) <br>   ) <br> Defendant. ) | Case No.: 3-11-cv-1009 <br> JURY DEMAND <br><br> JUDGE CAMPBELL <br><br> MAGISTRATE BRYANT |

---
AMENDED CASE MANAGEMENT ORDER
---

1. Initial disclosures pursuant to Rule 26(a)(1) have already been made.

2. The parties shall complete all written discovery and depose all fact witnesses by **May 1, 2013**.

3. Plaintiffs shall disclose their expert witnesses and serve Rule 26(a)(2) expert witness reports by **June 1, 2013**. Defendants shall disclose their expert witnesses and serve Rule

1

26(a)(2) expert witness reports by **July 1, 2013**. Depositions of expert witnesses shall be completed by **August 1, 2013**.

4. Dispositive motions shall be filed by **August 15, 2013**. A response shall be filed within **28 days** after the filing of a motion and, in any event, by September 12, 2013. A reply, limited to 5 pages, shall be filed within **14 days** after the filing of a response and, in any event, by **September 28, 2013**. If a dispositive motion is filed early, the response and reply dates shall be moved up accordingly.

5. Alternative dispute resolution would be appropriate in this case. The parties shall confer and set a date for this to take place by March 1, 2013. To date, no settlement negotiations have taken place.

6. This case has been set for trial on Tuesday, **January 14, 2014**. The parties estimate that the trial will require 5 days.

It is so **ORDERED**.

                                                         *s/ John S. Bryant*
                                                        John S. Bryant
                                                        United States Magistrate Judge

APPROVED FOR ENTRY:

/s/ Kristin Fecteau
Kristin Fecteau (BPR# 19772)
501 Union St., Suite 307
Nashville, Tennessee 37219
(615) 248-8600
Attorneys for Plaintiffs/Counter-Defendants

_/s/_ Thomas Mink
Thomas F. Mink, Esq. (BPR #5562)
MINK & DUKE, PLLC
219 Second Avenue, North, Suite 400
P.O. Box 198742
Nashville, TN 37219-8742
Phone (615) 256-0138
tmink@minkdukelaw.com


_/s/_ Will Hicky
William B. Hicky, Esq. (BRP # 25452)
Rudy, Wood, Winstead, Williams & Hardin
1812 Broadway
Nashville, TN 37203
(615) 515-3530
whicky@rudylaw.net

Attorneys for Defendants/Counter-Plaintiff

3