IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMES HUFFNAGLE, et al.  )
 )
v.  ) NO. 3-11-1009
 ) JUDGE CAMPBELL
ANTHONY LOIACONO, et al.  )

ORDER

Pending before the Court is Plaintiffs/Counter-Defendants' Motion for Summary Judgment to Dismiss Counter-Complaint (Docket No. 64). In response to Plaintiffs/Counter-Defendants' Statement of Undisputed Material Facts, Defendant/Counter-Plaintiff Loiacono has failed to comply with the Local Rules of this Court, specifically Local Rule 56.01(c) requiring specific citations to the record.

Accordingly, Defendant/Counter-Plaintiff Loiacono shall file, by February 28, 2014, an amended Response to the Statement of Undisputed Material Facts in compliance with the Local Rules, or the Statements therein may be deemed admitted.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE