IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMES HUFFNAGLE, et al.    )
    )
v.    ) NO. 3-11-1009
    ) JUDGE CAMPBELL
ANTHONY LOIACONO, et al.    )

ORDER

Pending before the Court is Plaintiffs/Counter-Defendants' Motion for Summary Judgment to Dismiss Counter-Complaint (Docket No. 64). For the reasons stated in the accompanying Memorandum, Plaintiffs/Counter-Defendants' Motion is GRANTED in part and DENIED in part. Counter-Plaintiffs' claims for abuse of process, defamation, violation of the Operating Agreement and civil conspiracy are DISMISSED.

    IT IS SO ORDERED.

                                                /s/ Todd Campbell
                                                TODD J. CAMPBELL
                                                UNITED STATES DISTRICT JUDGE