```
                 UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF TENNESSEE
                       NASHVILLE DIVISION
```

JAMES HUFFNAGLE, *et al.*,         )
                                   )
    Plaintiffs                     )
                                   )  No. 3:11-1009
v.                                 )  Judge Campbell/Bryant
                                   )  Jury Demand
ANTHONY LOIACONO, *et al.*,        )
                                   )
    Defendants                     )

## O R D E R

The undersigned Magistrate Judge conducted a settlement conference in this case on March 27, 2014. The parties and their respective representatives met, participated in this conference, but did not agree to a settlement of the case.

It appears that all pretrial deadlines have expired and no motions are currently pending. The undersigned Magistrate Judge certifies the case as ready for trial. The undersigned shall have no more duties in this case unless directed by the District Judge.

The **Clerk** is directed to return this file to the District Judge.

It is so **ORDERED**.

                          /s/ John S. Bryant
                          JOHN S. BRYANT
                          United States Magistrate Judge