UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JUDGMENT IN A CIVIL CASE

JAMES HUFFNAGLE, et al. )
)
)
VS )
) CASE: #3:11-1009
) JUDGE TODD CAMPBELL
ANTHONY LOIACONO and )
HEADS & TAILS, INC. )
)
)

__X__ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the attached verdict forms.

Thereupon the jury was polled and each juror affirmed the verdict as being his/her individual verdict.

FEBRUARY 25, 2015

KEITH THROCKMORTON, CLERK

*Doris E. Bush*

BY: DORIS E. BUSH
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMES HUFFNAGLE, et al.           )
                                   )
v.                                 ) NO. 3-11-1009
                                   ) JUDGE CAMPBELL
ANTHONY LOIACONO                   )

## VERDICT FORM

We, the members of the jury, find as follows:

COMPLAINT OF PLAINTIFFS AGAINST DEFENDANT LOIACONO

### MISREPRESENTATION

**1. Did Defendant Loiacono make any negligent misrepresentation(s) to the Plaintiffs?**

___Yes          _X_No

**2. Did Defendant Loiacono make any intentional misrepresentation(s) to the Plaintiffs?**

___Yes          _X_No

### CONVERSION

**3. Did Defendant Loiacono convert the property of the Plaintiffs?**

___Yes          _X_No

### BREACH OF FIDUCIARY DUTY - DIRECTOR

4. Did Defendant Loiacono breach his fiduciary duty to the Plaintiffs as a director of the LLC?

　　X Yes　　　　　___ No

### BREACH OF DUTY OF LOYALTY - OFFICER

5. Did Defendant Loiacono breach his duty of loyalty to the Plaintiffs as an officer of the LLC?

　　___ Yes　　　　　X No

### UNJUST ENRICHMENT

6. Was Defendant Loiacono unjustly enriched, as explained in the Court's instructions, at the expense of the Plaintiffs?

　　X Yes　　　　　___ No

### FEDERAL SECURITIES LAW

7. Did Defendant Loiacono sell securities, as defined in the Court's instructions, to the Plaintiffs?

　　___ Yes　　　　　X No

If you answered "yes" to Question 7, proceed to Question 8. If you answered "no" to Question 7, skip Questions 8 and 9, and proceed to Question 10.

2

8. Did Defendant Loiacono commit securities fraud in violation of 15 U.S.C. § 78j, as explained in the Court's instructions?

___Yes  ___No

9. Did Defendant Loiacono sell unregistered securities in violation of 15 U.S.C. §§ 77l and 77e, as explained in the Court's instructions?

___Yes  ___No

## DAMAGES

10. If you answered "yes" to any of Questions 1 through 9, what amount of damages is each Plaintiff entitled to from Defendant Loiacono?

| | |
|---|---|
| James Huffnagle | $ 0 |
| James Hearn | $ 0 |
| Reinhold Holtkamp | $ 0 |
| William Hemrick | $ 0 |
| Melvin W. Martin | $ 0 |
| Howard Luartes | $ 0 |
| Tea Party HD, LLC | $ 26,178 |

11. If you awarded any damages in response to Question 10, do you find that Defendant Loiacono is liable for punitive damages as defined in the Court's instructions?

___Yes  X No

3

You will not determine the amount of punitive damages, if any, at this time. You will return your verdict to the Court and, if necessary, you will determine the amount of any punitive damages later.

COUNTERCLAIM OF DEFENDANT LOIACONO AGAINST PLAINTIFFS

BREACH OF FIDUCIARY DUTIES

**12. Did the individual director Plaintiffs violate any fiduciary duties to Defendant Loiacono?**

| | | |
|---|---|---|
| Reinhold Holtkamp | ___Yes | _X_ No |
| William Hemrick | _X_ Yes | ___No |
| Melvin W. Martin | ___Yes | _X_ No |
| Howard Luartes | ___Yes | _X_ No |

If you answered "yes" to any part of Question 12, proceed to Question 13. If you answered "no" to all parts of Question 12, skip Question 13, have your foreperson sign and date this form, and return it to the Court.

DAMAGES

**13. If you answered "yes" to any part of Question 12, then what amount of damages is Defendant Loiacono entitled to from:**

| | |
|---|---|
| Reinhold Holtkamp | $ 0 |
| William Hemrick | $ 13089 |

4

Melvin W. Martin          $      0

Howard Luartes           $      0

_____
FOREPERSON

    2-25-15
_____
DATE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMES HUFFNAGLE, et al. )
)
)
v. ) NO. 3-11-1009
) JUDGE CAMPBELL
HEADS & TAILS, INC. )

VERDICT FORM

We, the members of the jury, find as follows:

COMPLAINT OF PLAINTIFFS AGAINST DEFENDANT HEADS & TAILS, INC.

UNJUST ENRICHMENT

**1. Was Defendant Heads & Tails, Inc. unjustly enriched, as explained in the Court's instructions, at the expense of the Plaintiffs?**

___Yes      _X_No

If you answered "yes" to Question 1, proceed to Question 2. If you answered "no" to Question 1, skip Question 2, have your foreperson sign and date this form, and return it to the Court.

**2. If you answered "yes" to Question 1, then what amount of damages is each Plaintiff entitled to from Defendant Heads & Tails, Inc.?**

James Huffnagle         $_____

| | |
|---|---|
| James Hearn | $_____ |
| Reinhold Holtkamp | $_____ |
| William Hemrick | $_____ |
| Melvin W. Martin | $_____ |
| Howard Luartes | $_____ |
| Tea Party HD, LLC | $_____ |

_____
FOREPERSON

2-25-15
_____
DATE

2

Case 3:11-cv-01009    Document 169    Filed 02/26/15    Page 8 of 8 PageID #: 1997