IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMES HUFFNAGLE, et al.           )
                                  )
v.                                ) NO. 3-11-1009
                                  ) JUDGE CAMPBELL
ANTHONY LOIACONO, et al.          )

ORDER

Pending before the Court are Defendants' Motion for Attorney Fees (Docket No. 175), Defendants' Motion for Hearing (Docket No. 180), Plaintiffs' Motion for Attorney Fees (Docket No. 184), and Plaintiff's Motion to Strike (Docket No. 200). On May 8, 2015, the Plaintiffs filed a Notice of Appeal (Docket No. 203). The pending Motions are denied without prejudice to being renewed once the appeal has concluded.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE