## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 23, 2015

Ms. Kristin J. Fecteau
Law Office
501 Union Street
Suite 307
Nashville, TN 37219

        Re: Case No. 15-5524, *James Huffnagle, et al v. Anthony Loiacono*
            Originating Case No. : 3:11-cv-01009

Dear Counsel:

  The Court issued the enclosed Order today in this case.

                       Sincerely yours,

                       s/Bryant L. Crutcher
                       Case Manager
                       Direct Dial No. 513-564-7013

cc:  Anthony Loiacono
     Mr. Keith Throckmorton

Enclosure

No mandate to issue

Case No. 15-5524

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

JAMES HUFFNAGLE; et al

    Plaintiffs - Appellants

v.

ANTHONY LOIACONO, individually and doing business as Heads & Tails, Inc., a suspended California Corporation.

    Defendant - Appellee.

   Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

    The Appellant's Brief was not filed by **July 15, 2015.**

   It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                                    **ENTERED PURSUANT TO RULE 45(a),**
                                    **RULES OF THE SIXTH CIRCUIT**
                                    Deborah S. Hunt, Clerk

Issued: July 23, 2015